IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COALITION FOR APP FAIRNESS,<br>  712 H Street NE<br>  Washington, DC 20002,<br><br>FORBES TATE PARTNERS LLC,<br>  777 6th Street NW, 8th Floor<br>  Washington, DC 20001, and<br><br>MEGHAN DIMUZIO,<br>  7237 Wooley Place<br>  Falls Church, VA 22046,<br><br>          Non-Party Movants,<br><br>v.<br><br>APPLE INC.,<br><br>          Defendant. | Case: 1:21–mc–00098<br>Assigned To : Bates, John D.<br>Assign. Date : 7/8/2021<br>Description: Misc.<br><br>Misc. Case No. _____<br><br>Underlying Litigation:<br><br>*Cameron v. Apple, Inc.*,<br>  No. 4:19-cv-3074<br>*In re Apple iPhone Antitrust Litigation*,<br>  No. 4:11-cv-6714<br><br>U.S. District Court for the Northern<br>District of California |

### MOTION TO QUASH SUBPOENAS

Pursuant to Federal Rules of Civil Procedure 26(b) and 45(d), the Coalition for App Fairness, Forbes Tate Partners LLC, and Meghan DiMuzio respectfully move to quash three substantially similar subpoenas that Apple Inc. has served in connection with *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal.), and *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.). The grounds for this motion are set forth in the accompanying statement of points and authorities, and a proposed order is attached. The subpoenas are attached as Exhibits A, B, and C to the accompanying statement of points and authorities. Pursuant to Local Civil Rule 7(f), the movants respectfully request oral argument on this motion.

1

Undersigned counsel and counsel for Apple Inc. held a meet-and-confer regarding the subpoenas on July 1, 2021. In addition, pursuant to Local Civil Rule 7(m), undersigned counsel contacted counsel for Apple Inc. on July 8, 2021, in order to confer pursuant to Local Civil Rule 7(m), but as of the time of this filing, counsel for Apple had not responded.

Dated: July 8, 2021

/s/David S. Torborg
David S. Torborg (D.C. Bar No. 475598)
Stephen J. Kenny (D.C. Bar No. 1027711)
Joseph P. Falvey (D.C. Bar No. 241247)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001-2113
Tel.: 202-879-3939
Fax: 202-626-1700
dstorborg@jonesday.com

*Attorneys for Forbes Tate Partners and Meghan DiMuzio*

Brandon Kressin (D.C. Bar No. 1002008)
KANTER LAW GROUP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: 202-792-3037
brandon@kanterlawgroup.com

*Attorney for the Coalition for App Fairness*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2021, I caused a true and correct copy of the foregoing motion, the statement of points and authorities in support of the motion, the accompanying exhibits, the proposed order, and the notice of designation of related civil cases to be served on the following via email and certified mail:

    Nicole L. Castle
    MCDERMOTT WILL & EMERY LLP
    340 Madison Avenue
    New York, NY 10173-1922
    ncastle@mwe.com
    *Counsel for Apple Inc.*

Dated: July 8, 2021                                                    */s/David S. Torborg*
                                                                                      David S. Torborg