IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COALITION FOR APP FAIRNESS; FORBES TATE PARTNERS LLC; AND MEGHAN DIMUZIO,<br><br>      Non-Party Movants<br><br>   v.<br><br>APPLE INC.,<br><br>      Defendant. | Misc. Case No. 21-mc-0098<br><br>Judge John D. Bates<br><br>Underlying Litigation:<br><br>*Cameron v. Apple Inc.*,<br>    No. 4:19-cv-3074<br><br>*In re Apple iPhone Antitrust Litigation,*<br>    No. 4:11-cv-6714<br><br>U.S. District Court for the Northern District Of California |

**APPLE INC.'S CROSS-MOTION TO TRANSFER,
OR IN THE ALTERNATIVE COMPEL,
AND ITS CROSS MOTION TO EXPEDITE PROCEEDINGS**

Pursuant to Federal Rules of Civil Procedure 26(b) and 45(f), Apple Inc. ("Apple") respectfully moves this Court to transfer this matter to the Northern District of California or, in the alternative, compel discovery in response to three substantially similar subpoenas that Apple has served on the Coalition for App Fairness, Forbes Tate Partners LLC, and Meghan DiMuzio (collectively, the "Movants") in connection with *Cameron v. Apple Inc*., No. 4:19-cv-03074-YGR (N.D. Cal.) and *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) (the "Subpoenas"). Apple further moves this court to expedite the proceedings.

The grounds for these motions are set forth in the accompanying statement of points and authorities and the Declaration of Michael R. Huttenlocher, Esq. including the attached exhibits. The proposed orders for Apple's cross motions are attached. The Subpoenas are attached as

1

Exhibits A, B, and C to Movants' Motion to Quash.  Pursuant to Local Civil Rule 7(f), the movants respectfully request oral argument on this motion.

    Undersigned counsel and counsel for the Movants held a meet-and-confer regarding the subpoenas on July 1, 2021.  In addition, undersigned counsel contacted Movants' counsel on July 15, 2021, in order to confer pursuant to Local Civil Rule 7(m), but counsel for the Coalition for App Fairness, Forbes Tate Partners LLC, and Meghan DiMuzio would not agree to transfer this dispute to the Northern District of California nor agree to produce documents in response to the subpoenas or withdraw their motion to quash.  Movants also objected to Apple's motion to expedite.

| | |
|---|---|
| Dated: July 20, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>By: /s/ Paul M. Thompson<br>Paul M. Thompson (D.C. Bar No. 6943760)<br>500 N. Capital Street NW<br>Washington D.C. 20001<br>Tel:  202-756-8000<br>Fax:  202-756-8087<br>pthompson@mwe.com<br><br>John J. Calandra (motion for admission *pro hac vice* pending)<br>Nicole Castle (motion for admission *pro hac vice* pending)<br>Michael R. Huttenlocher (motion for admission *pro hac vice* pending)<br>340 Madison Avenue<br>New York, New York 10173<br>Tel:  212-547-5400<br>Fax:  212-547-5444<br>jcalandra@mwe.com<br>ncastle@mwe.com<br>mhuttenlocher@mwe.com<br><br>*Attorneys for Apple Inc.* |